# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-275** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **CEASAR TORRES-RODRIGUEZ**, | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 29th day of December, 2017, upon consideration of the motion (Doc. 29) to suppress evidence and statements by defendant Ceasar Torres-Rodriguez, and the parties' respective briefs in support of and opposition to said motion (Docs. 30, 54), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 29) to suppress is DENIED.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania