**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-275** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **CEASAR A. TORRES-RODRIGUEZ,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of April, 2018, upon consideration of the trial schedule in the above-captioned case, and it appearing that jury selection is scheduled to commence at 9:30 a.m. on Monday, May 7, 2018, (see Doc. 62), it is hereby ORDERED that:

1. Each party shall file any motions *in limine*, together with supporting briefs, no later than **Friday, April 27, 2018**. Opposition briefs to any motions *in limine* shall be filed no later than **12:00 p.m. on Wednesday, May 2, 2018**.

2. Each party shall submit proposed *voir dire* questions no later than **12:00 p.m. on Monday, April 30, 2018**.

3. Each party shall submit a list of trial exhibits no later than **12:00 p.m. on Monday, April 30, 2018**.

4. The government shall submit points for charge no later than **12:00 p.m. on Monday, April 30, 2018**.

5. Defendant Ceasar Torres-Rodriguez may submit points for charge at any time prior to the close of trial.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania